

EXHIBIT B

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, STATE OF FLORIDA
CIVIL DIVISION

NATALIA ANTONOVA,                              CASE NO.:
Plaintiff,

v.

SOUTHERN OWNERS INSURANCE COMPANY
Defendant
_____/

### COMPLAINT AND JURY TRIAL DEMAND

COMES NOW, Plaintiff, **NATALIA ANTONOVA**, by and through the undersigned counsel, hereby files this First Amended Complaint against **SOUTHERN OWNERS INSURANCE COMPANY**, Defendant herein, and alleges:

1. This is an action for damages against **SOUTHERN OWNERS INSURANCE COMPANY** which exceeds thirty thousand dollars ($30,000.00) exclusive of interest, costs, and attorney fees.

2. At all times material hereto, the Plaintiff was a resident of Charlotte County, Florida, and the policy of insurance involved herein was issued by the Defendant, **SOUTHERN OWNERS INSURANCE COMPANY** in Charlotte County, Florida.

3. At all times material hereto, Defendant, **SOUTHERN OWNERS INSURANCE COMPANY** was a corporation duly licensed to transact insurance in the State of Florida and maintained agents for transaction of its customary business in Lee County, Florida.

4. Defendant, **SOUTHERN OWNERS INSURANCE COMPANY** issued and delivered to **NATALIA ANTONOVA** an insurance policy for premiums paid by **NATALIA ANTONOVA** protecting occupants of her insured vehicle against losses and damages

1

resulting from the negligence of uninsured/underinsured motorists. Plaintiff believes the policy will be produced through discovery.

5. On or about September 11, 2018, **NATALIA ANTONOVA** operated a motor vehicle owned by **NATALIA ANTONOVA** in Lee County, Florida.

6. At that time and place, Gladys N. Kover negligently operated or maintained the motor vehicle so that it collided with a motor vehicle occupied by the Plaintiff.

7. As a direct and proximate result of the negligence described above the Plaintiff suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

8. Plaintiff is entitled to uninsured/underinsured motorist coverage through Defendant, **SOUTHERN OWNERS INSURANCE COMPANY**'s policy issued to **NATALIA ANTONOVA**. At the time and place of the motor vehicle accident, Plaintiff was an occupant of a motor vehicle covered under Defendant, **SOUTHERN OWNERS INSURANCE COMPANY**'s policy issued to **NATALIA ANTONOVA**.

9. Gladys N. Kover is an underinsured motorist under the provision of Defendant, **SOUTHERN OWNERS INSURANCE COMPANY**'s policy issued to **NATALIA ANTONOVA**.

10. Under Defendant, **SOUTHERN OWNERS INSURANCE COMPANY**'s insurance policy, the Plaintiff is entitled to recover against Defendant, **SOUTHERN OWNERS INSURANCE COMPANY** for her injuries, damages and losses set forth above, which



were caused by the negligence of Gladys N. Kover.

11. Plaintiff is entitled under §627.4132 of the Florida Statutes, to stack all of the available uninsured/underinsured motorist coverages.

12. Plaintiff has notified the Defendant of the uninsured/underinsured motorist claims, of the fact that the entire policy limits of the underinsured tortfeasor were surrendered to the plaintiff, and has otherwise performed all conditions precedent to entitle the Plaintiff to recover under the uninsured/underinsured motorist policy.

**WHEREFORE** the Plaintiff, **NATALIA ANTONOVA** demands judgment against Defendant, **SOUTHERN OWNERS INSURANCE COMPANY**, for damages plus costs of this action, pre-judgment interest, and other such relief deemed proper by the Court, and demands a trial by jury of all issues triable by jury.

DATED this April 18, 2022.

/s/ Leo Kremenchuker
**Leo Kremenchuker, Esq.**
Florida Bar No.: 492221
Kremenchuker Law Firm
12811 Kenwood Lane, Suite 112
Fort Myers, Florida 33907
Phone: (239) 995-3425 / Fax: (614) 495-0028
Email: leo@99legal.com
Attorney for Plaintiff